UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROTANYA WEST, )<br>)<br>Defendant. ) | Case No. MAG. 05-0109-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROTANYA WEST__, Case No. __MAG. 05-0109-DAD__, Charge __18USC§ 287- FALSE CLAIMS FOR REFUND__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other) __RETRIAL CONDITIONS AS STATED ON THE RECORD__

Issued at __Sacramento, CA__ on __April 22, 2005__ at __3:15 pm__.

By   /s/ Dale A. Drozd
      Dale A. Drozd
      United States Magistrate Judge

Copy 5 - Court